UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **KEMAR WHITE**        )<br>    Plaintiff,        )<br>                                )<br>**v.**                          )<br>                                )<br>**TAURUS LAW GROUP, P.C.**  )<br>    Defendant,        )<br>                                ) | Civil Action No. 1:16-cv-11897 |

## NOTICE OF SETTLEMENT

    I, Sebastian Korth esq, attorney for plaintiff Kemar White in the above cited matter report that the parties have reached a settlement in this matter and request that the Clerk enter a 30 day Nisi order to allow execution of the settlement and filing of the necessary paperwork.


Respectfully submitted

/s/ Sebastian Korth
Sebastian Korth, Esq. (BBO# 676127)
Korth Law Office
12 Maple Street
Ludlow, MA 01056
p 617-259-1955
f 617-238-2167
SKorth@korthlawoffice.com

Date: January 9, 2017